## STATE *v.* REED.

### ON INDICTMENT FOR ASSAULT AND BATTERY.

Where a defendant removes an indictment into this court and carries it down to the circuit for trial, the Attorney for the State cannot tax his costs as in a civil action, but is entitled only to his regular fees as in criminal cases.

The indictment having been removed into this court by the defendant by certiorari, was carried down to trial at the Circuit Court of Burlington county, in May last, where the defendant withdrew his plea of not guilty and pleaded guilty as appeared by the postea now returned.

*Sims,* Prosecuting Attorney for that county, submitted whether as the cause had been carried to trial at the Circuit Court in the manner of a civil action, he was not entitled to have full costs taxed, and referred to the 1*st sect.* of the act of 6th February, 1799, *Rev. Laws,* 407, requiring the party prosecuting the certiorari to cause the issue to be tried " at his, her or their own costs and charges."

BY THE COURT:—The section referred to does not ascertain what costs and charges are to be taxed, but leaves that to be determined by other acts. The act of June, 1799, *Rev. Laws,* 486, provides for the fees of the Attorney General on indictments, and enacts that the sums there mentioned are " to be in full of the taxable costs and charges of the Attorney General." No part of the ordinary fees allowed to an Attorney at law, and the sum of twelve dollars only, should be included in the taxation in favor of the prosecuting Attorney.